DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV  89501
Tel:  (775) 784-5438
holly.a.vance@usdoj.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA GALAZA, | Case No.  2:16-CV-00878-RFB-CWH |
| Plaintiff, | |
| v. | |
| JEH CHARLES JOHNSON, an individual; DOE INDIVIDUALS 1 through 300; and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1 through 300, Inclusive, | **STIPULATION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |
| Defendant. | **(First Request)** |

COME NOW Plaintiff Anna Galaza ("Plaintiff") and Defendant Jeh Charles Johnson, Secretary of the Department of Homeland Security ("Defendant"), and hereby stipulate and agree that Defendant may have up to and including October 14, 2016 to file a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. (Doc No. 19). Defendant's Reply is currently due on October 11, 2016. An extension until October 14, 2016 is needed, however, because defense counsel has several filings due in other cases during the week of October 10, 2016, and an extension would allow her to complete all filings in a timely manner.

1  This is Defendant's first extension request. The parties aver that this extension request is made
2  in good faith and not for the purpose of delay.

Dated: October 7, 2016.

| | |
|---|---|
| DANIEL G. BOGDEN | PHILIP J. TRENCHAK, ESQ. |
| United States Attorney | Law Office of Philip J. Trenchak, Esq. |

 /s/ Holly A. Vance                    
HOLLY A. VANCE
Assistant United States Attorney

 /s/ Philip J. Trenchak                
PHILIP J. TRENCHAK
Counsel for Plaintiff, Galaza

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated:  October 16        , 2016.