DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501
Tel: (775) 784-5438
holly.a.vance@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA GALAZA, | Case No. 2:16-CV-00878-RFB-CWH |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO MOTION FOR RECONSIDERATION (ECF NO. 29)** |
| JEH CHARLES JOHNSON, Secretary, Department of Homeland Security | |
| Defendant. | **(First Extension Request)** |

COME NOW Plaintiff Anna Galaza ("Plaintiff") and Defendant Jeh Charles Johnson, Secretary of the Department of Homeland Security ("Defendant"), and hereby stipulate and agree that Defendant may have up to and including Wednesday, January 25, 2017, to file his Response to Plaintiff's Motion for Reconsideration. (ECF No. 29). Defendant's response is currently due on January 20, 2017. An extension until January 25, 2017 is needed, however, because defense counsel has several filings due in other cases and an extension would allow her to complete all filings in a timely manner.

This is Defendant's first extension request. Plaintiff does not object to Defendant's extension request. The parties aver that this extension request is made in good faith and not for the purpose of delay.

Dated: January 20, 2017.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | PHILIP J. TRENCHAK, ESQ.<br>Law Office of Philip J. Trenchak, Esq. |
| /s/ Holly A. Vance<br>HOLLY A. VANCE<br>Assistant United States Attorney | /s/ Philip J. Trenchak<br>PHILIP J. TRENCHAK<br>Counsel for Plaintiff, Galaza |

IT IS SO ORDERED:

Dated: January 23, 2017.

RICHARD F. BOULWARE, II
United States District Court