STEVEN W. MYHRE
Acting United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438
Holly.Vance@usdoj.gov

Attorneys for Defendant Kelly

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNA GALAZA, | Case No. 2:16-cv-00878-RFB-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO STAY DISCOVERY** |
| v. | |
| JOHN F. KELLY, Secretary, Department of Homeland Security, | **(First Request)** |
| Defendant. | |

COME NOW, Defendant JOHN F. KELLY, Secretary, Department of Homeland Security ("Defendant") and Plaintiff ANNA GALAZA ("Plaintiff"), and hereby stipulate and agree to stay all Discovery requests and deadlines pending the Court's ruling on Defendant's Motion to Dismiss First Amended Complaint (ECF No. 30).

/ / /

/ / /

/ / /

/ / /

1

The parties also stipulate and agree that if Defendant's Motion to Dismiss First Amended Complaint is not granted, a Revised Discovery Plan and Scheduling Order will be due within two (2) weeks of the Court's decision and Discovery will resume its normal course thereafter.

Dated: May 5, 2017.

| | |
|---|---|
| Law Offices of Philip J. Trenchak | STEVEN W. MYHRE<br>Acting United States Attorney |
| /s/ Philip J. Trenchak<br>PHILIP J. TRENCHAK, Esq.<br>Counsel for Plaintiff | /s/ Holly A. Vance<br>HOLLY A. VANCE<br>Assistant United States Attorney |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 8, 2017