# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ANNA GALAZA, | |
| Plaintiff, | 2:16-cv-00878-RFB-CWH |
| vs. | **ORDER** |
| JOHN F. KELLY, | |
| Defendant. | |

Before the Court is the Joint Motion to Defer Early Neutral Evaluation Session (ECF No. 40). On January 30, 2017, the Court vacated the February 7, 2017 Early Neutral Evaluation session and set a status hearing for May 24, 2017. Considering that the parties have given the court the case's status in their instant motion, IT IS HEREBY ORDERED that the status hearing scheduled for May 24, 2017 is VACATED and RESCHEDULED to 10:00 AM, December 22, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that the Joint Motion to Defer Early Neutral Evaluation Session (ECF No. 40) is GRANTED.

DATED this 8th day of May, 2017.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE