Law Office of Philip J. Trenchak, Esq.
PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 009924
1212 S. Casino Ctr. Blvd.
Las Vegas, Nevada  89104
Phone: (702) 476-5101
Fax: (702) 476-5158
Attorney for Plaintiff Anna Galaza

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| ANNA GALAZA, | Case No.: 2:16-CV-00878-RFB-CWH |
| Plaintiff, | |
| vs. | |
| | **STIPULATION AND ORDER** |
| | **TO WAIVE SERVICE OF PROCESS** |
| JEH CHARLES JOHNSON, an individual; | **AND TO UNCONDITIONALLY** |
| DOE INDIVIDUALS 1 through 300; | **ACCEPT SERVICE** |
| and ROE BUSINESS OR | |
| GOVERNMENTAL ENTITIES 1 through | |
| 300, Inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER
## TO WAIVE SERVICE OF PROCESS AND TO
## AND TO UNCONDITIONALLY ACCEPT SERVICE

Plaintiff, ANNA GALAZA, by and through her attorney of record, Philip J. Trenchak, Esq. of the Law Offices of Philip J. Trenchak, P.C., and Defendant JEH JOHNSON, by and through its attorney of record, Holly A. Vance, Esq. of The United States Attorney's Office, hereby agree and stipulate to the following:

The parties respectfully STIPULATE that the issues with service of Plaintiff's Complaint outlined in Defendant's Motion to dismiss filed on September 16, 2016 are waived and service is unconditionally accepted by Jeh Johnson.

Dated this _____ day of _____, 2016.          Dated this _____ day of _____, 2016.

THE LAW OFFICES OF PHILIP J. TRENCHAK, ESQ.          UNITED STATES ATTORNEY'S OFFICE

/s/ Philip J. Trenchak                               /s/ Holly A. Vance
Philip J. Trenchak, Esq.                             Holly A. Vance, Esq.
Nevada Bar No. 9924                                  Assistant United States Attorney
1212 South Casino Center Blvd.                       100 West Liberty Street, Suite 600
Las Vegas, NV 89104                                  Reno, NV 89501
*Attorney for Plaintiff Anna Galaza*                 *Attorney for Defendant Jeh Johnson*

**ORDER**

IT IS HEREBY ORDERED that the issues with service of Plaintiff's Complaint outlined in Defendant's Motion to dismiss filed on September 16, 2016 are waived and service is unconditionally accepted by Jeh Johnson.

DATED: May 9, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge