# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANNA GALAZA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JEH CHARLES JOHNSON, *et al.*,<br><br>　　　　　Defendants. | 2:16-cv-00878-RFB-CWH<br><br>**ORDER** |

　　　In light of Plaintiff's appeal and Notice of Voluntary Dismissal of Race and Gender Claims (ECF Nos. 49 & 51),

　　　IT IS HEREBY ORDERED that the status hearing scheduled for December 22, 2017 is VACATED. The parties may file a stipulation to schedule an Early Neutral Evaluation Session, if needed.

　　　DATED this 19th day of December, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE